(110 So. 564)

THOMASSON v. STATE. (4 Div. 310.)

(Supreme Court of Alabama. Nov. 26, 1926.)

Certiorari ⬦68—As to questions involving inquiries of fact, judgment of Court of Appeals is not reviewable on petition for certiorari.

Supreme Court will not review judgment of Court of Appeals, as to questions involving inquiries of fact, on petition for certiorari.

Certiorari to Court of Appeals.

Perry Thomasson was convicted of possessing a still, the Court of Appeals affirmed the conviction (21 Ala. App. 562, 110 So. 563), and defendant petitions for certiorari. Writ denied.

J. Morgan Prestwood, of Andalusia, for petitioner.

Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. As far as we have been able to review the opinion of the Court of Appeals, we have found no error. We have been unable to review most of the questions raised by this application, for the reason that such review would involve inquiries of fact, such as this court has heretofore in numerous cases refused to indulge. Postal Telegraph, etc., v. Minderhout, 195 Ala. 420, 71 So. 91.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.